

# NUMBER 13-22-00082-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

## IN RE KELLY KILCOYNE, M.D.

## On Petition for Writ of Mandamus.

## ORDER

### Before Chief Justice Contreras and Justices Benavides and Tijerina
### Order Per Curiam

On March 3, 2022, relator Kelly Kilcoyne, M.D. filed a petition for writ of mandamus asserting that the trial court abused its discretion by striking the designation of Stryker Corporation and J. J. Trujillo as responsible third parties. *See* TEX. CIV. PRAC. & REM. CODE ANN. § 33.004. The Court requests that the real party in interest, Mary Jorgenson, or any others whose interest would be directly affected by the relief sought, including but not limited to Valley Baptist Medical Center, file a response to the petition for writ of mandamus on or before the expiration of ten (10) days from the date of this order. *See*

TEX. R. APP. P. 52.2, 52.4, 52.8.

PER CURIAM

Delivered and filed on the
7th day of March, 2022.